# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## Case No.: 3:06CV121

| | |
|---|---|
| AMANDA U. AJULUCHUKU, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| BALTIMORE COUNTY POLICE DEPARTMENT, | ) |
| Defendants. | ) |

**THIS CAUSE** having come before the Court on the "Motion for Admission to Practice *Pro Hac Vice* for Gregory E. Gaskins" (Document #7) filed April 7, 2006, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Defendant Baltimore County Police Department.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

**IT IS FURTHER ORDERED** that Gregory E. Gaskins shall pay to the Court the fee required by Local Rule 83.1(B).

Signed: April 10, 2006

David C. Keesler
United States Magistrate Judge